ROCCO D'ARCANGELO *v.* HARTFORD CASUALTY
INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 377 (AC 15352), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

CALLAHAN, C. J., and MCDONALD, J., did not participate in the consideration or decision of this petition.

*James M. Kearns,* in support of the petition.

*Philip F. von Kuhn,* in opposition.

Decided April 10, 1997

CITY OF HARTFORD *v.* STANLEY V. TUCKER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 16498) is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Michael C. Collins,* deputy corporation counsel, in opposition.

Decided April 17, 1997

LAMBERTO LUCARELLI *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16543) is denied.

*Lamberto Lucarelli,* pro se, in support of the petition.

Decided April 17, 1997